1

JUDGE BENJAMIN H. SETTLE

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

| | |
|---|---|
| JEREMY SCHLENKER, | ) No. CV20-5122 BHS |
| Petitioner, | ) |
| v. | ) ORDER GRANTING MOTION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

7

8

9

10

11

12      Upon the motion of the Petitioner to file his appeal in this case *in forma*

13  *pauperis*, and having reviewed the financial declaration and affidavit of the petitioner,

14      IT IS HEREBY ORDERED that the petitioner, Jeremy Schlenker, be permitted

15  to file his appeal in this case *in forma pauperis*.

16      IT IS SO ORDERED.

17      DONE this 27th day of July, 2020.

18

19

20

21

BENJAMIN H. SETTLE
United States District Judge

22

23

24  Presented by:

25  s/ *Miriam Schwartz*
s/ *Colin Fieman*

26  Assistant Federal Public Defenders
Attorneys for Jeremy Schlenker

ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS
(*Schlenker v. United States*, CV-5122 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**